FINANCE SYSTEM OF GREEN BAY, INC
301 N JACKSON ST
P O BOX 1597
GREEN BAY, WI 54305
920-431-7220 ~ FAX # 920-431-7226

RYAN & HEATHER L BOUCHER   06/06/2016

████████████████

MARINETTE WI 54143

| CREDITOR NAME | ACCOUNT NUMBER | PRINCIPAL BALANCE | INTEREST BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| BARKER PHYSICAL THERAPY CLIN | 128B | $215.44 | $0.09 | $215.53 |

LOGIN: ████ m9k
PASSWORD: ████ km9

Your creditor has placed your bill for collection.

Your creditor has authorized us to add 5% interest per year on the above account.

To pay online, log into our website: https://home.fsgbcollections.com/dwl/info.

As of the date of this letter, you owe $215.53. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check. For further information, write to the above address or call 866-431-7220.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing that you dispute the debt within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Calls may be recorded.

**This collection agency** is licensed by the Division of
**Banking** in the Wisconsin Department of Financial
Institutions, www.wdfi.org.

FINANCE SYSTEM OF GREEN BAY, INC IS A DEBT COLLECTION AGENCY.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
    OBTAINED WILL BE USED FOR THAT PURPOSE.