# United States District Court

EASTERN DISTRICT OF WISCONSIN

RYAN BOUCHER,
HEATHER L. BOUCHER,
ADAM W. DUCH and
CHRISTOPHER W. DETTLOFF,

      Plaintiff(s),

    v.

**JUDGMENT IN A CIVIL CASE**
Case No. 17-C-132

FINANCE SYSTEM OF GREEN BAY, INC.
and JOHN AND JANE DOES NUMBERS 1
THROUGH 25,

      Defendant(s).

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs take nothing and this action is DISMISSED.

Approved:     s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court

Dated: May 30, 2017

    STEPHEN C. DRIES
    Clerk of Court

    s/ Mara A. Corpus
    (By) Deputy Clerk