**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| RYAN BOUCHER, HEATHER BOUCHER, CHRISTOPHER DETTLOFF, and ADAM DUCH, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:17-cv-00132-WCG |
| vs. | ) ) | |
| FINANCE SYSTEM OF GREEN BAY, INC., a Wisconsin Corporation; and, JOHN AND JANE DOES NUMBERS 1 THROUGH 25, | ) ) ) ) | |
| Defendants. | ) ) | |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Plaintiffs, Ryan Boucher, Heather Boucher, Christopher Dettloff, and Adam Duch, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's Judgment entered in this action on May 30, 2017 [Doc. 25], which granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint as well as, and including, the District Court's Decision and Order entered on May 30, 2017 [Doc. 24], which set forth the District Court's reasoning for granting the dismissal.

This appeal is taken from the entirety of the Memorandum Decision and Order and Judgment and each and every aspect thereof.

Respectfully submitted this 23rd Day of June 2017.

*s/ Andrew T. Thomasson*
Andrew T. Thomasson

Philip D. Stern
Andrew T. Thomasson
Stern•Thomasson LLP
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081-1315
Telephone: (973) 379-7500
Facsimile:  (973) 532-5868
E-Mail: philip@sternthomasson.com
E-Mail: andrew@sternthomasson.com

Daniel A. Edelman
Francis R. Greene
Edelman Combs Latturner & Goodwin, llc
20 South Clark Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 917-4500
Facsimile:  (312) 419-0379
E-Mail: dedelman@edcombs.com
E-Mail: fgreene@edcombs.com

*Attorneys for Plaintiffs, Ryan Boucher, Heather Boucher, Christopher Dettloff, Adam Duch and all others similarly situated*

## CERTIFICATE OF SERVICE

I, Andrew T. Thomasson, hereby affirm under the penalties of perjury that on June 23, 2017, I served the within documents and all supporting papers on the Clerk of this Court using this Court's CM/ECF system. I also certify that the forgoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who have not yet appeared or are otherwise not authorized to receive electronic Notices of Electronic Filing.

*s/ Andrew T. Thomasson*
Andrew T. Thomasson